UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michigan Regional Council of Carpenters'
Employee Benefits Funds, et al.,

        Plaintiffs,

v

Hudson Interiors, Inc., and Mark Hudson,
jointly and severally,

        Defendants.

Case No. 2:19-cv-12539-GCS-RSW
Hon. George Caram Steeh

| | |
|---|---|
| Bryan M. Beckerman (P51925) <br> Alexander A. Dombrow (P82753) <br> NOVARA TESIJA & CATENACCI, PLLC <br> Attorneys for Plaintiffs <br> 2000 Town Center, Ste. 2370 <br> Southfield, MI 48075 <br> (248) 354-0380 <br> bmb@ntclaw.com <br> aad@ntclaw.com | Ronald A. Deneweth (P27680) <br> Deborah S. Kaleta (P70290) <br> DENEWETH, DUGAN & PARFITT, P.C. <br> Attorneys for Defendants <br> 1175 W. Long Lake Road, Suite 202 <br> Troy, MI 48098-4437 <br> (248) 290-0400 / fax: (248) 290-0415 <br> rdeneweth@ddp-law.com <br> dkaleta@ddp-law.com |

### STIPULATION FOR ENTRY OF ORDER
### DISMISSING MARK HUDSON WITH PREJUDICE
### AND DISMISSING HUDSON INTERIORS, INC. WITHOUT PREJUDICE

WHEREAS, the parties have reached a settlement of their dispute, and by the undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, the parties seek to dismiss Defendant, Mark Hudson, from this action with prejudice and without costs or attorney's fees to any party; and

WHEREAS, the parties seek to dismiss Defendant, Hudson Interiors, Inc., from this action without prejudice and without costs or attorney's fees to any party; and

2

WHEREAS, the parties hereby stipulate that the dismissal without prejudice of Defendant, Hudson Interiors, Inc., may be set aside upon the entry of either a Stipulated Order of Dismissal With Prejudice or a Consent Judgment, pursuant to the settlement agreement between the parties.

NOW THEREFORE, the parties hereby stipulated to the dismissal of Defendant, Mark Hudson, with prejudice, and the dismissal of Defendant, Hudson Interiors, Inc., without prejudice in the form of the proposed order attached hereto.

STIPULATED TO BY:

| **NOVARA TESIJA & CATENACCI, PLLC** | **DENEWETH, DUGAN & PARFITT, P.C.** |
|---|---|
| */s/ Bryan M. Beckerman* | */s/ Deborah S. Kaleta* |
| BRYAN M. BECKERMAN (P51925) | DEBORAH S. KALETA (P70290) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 2000 Town Center, Ste. 2370 | 1175 W. Long Lake Road, Suite 202 |
| Southfield, MI 48075 | Troy, MI 48098-4437 |
| (248) 354-0380 | (248) 290-0400 / fax: (248) 290-0415 |
| bmb@ntclaw.com | dkaleta@ddp-law.com |
| Dated: December 16, 2019 | Dated: December 16, 2019 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michigan Regional Council of Carpenters'
Employee Benefits Funds, et al.,

        Plaintiffs,

v

Hudson Interiors, Inc., and Mark Hudson,
jointly and severally,

        Defendants.

Case No. 2:19-cv-12539-GCS-RSW
Hon. George Caram Steeh

---

| | |
|---|---|
| Bryan M. Beckerman (P51925) | Ronald A. Deneweth (P27680) |
| Alexander A. Dombrow (P82753) | Deborah S. Kaleta (P70290) |
| NOVARA TESIJA & CATENACCI, PLLC | DENEWETH, DUGAN & PARFITT, P.C. |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 2000 Town Center, Ste. 2370 | 1175 W. Long Lake Road, Suite 202 |
| Southfield, MI 48075 | Troy, MI 48098-4437 |
| (248) 354-0380 | (248) 290-0400 / fax: (248) 290-0415 |
| bmb@ntclaw.com | rdeneweth@ddp-law.com |
| aad@ntclaw.com | dkaleta@ddp-law.com |

## **ORDER DISMISSING MARK HUDSON WITH PREJUDICE AND DISMISSING HUDSON INTERIORS, INC. WITHOUT PREJUDICE**

Upon stipulation of the parties, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that Defendant, Mark Hudson, is dismissed from this action with prejudice and without costs or attorney's fees to any party; and

IT IS FURTHER ORDERED that Defendant, Hudson Interiors, Inc., is dismissed from this action without prejudice and without costs or attorney's fees to any party; and

IT IS FURTHER ORDERED that the dismissal without prejudice of Defendant, Hudson Interiors, Inc., may be set aside upon the entry of either a Stipulated Order of Dismissal With Prejudice or a Consent Judgment, pursuant to the settlement agreement between the parties.

Dated:  January 3, 2020                             s/George Caram Steeh
                                                    GEORGE CARAM STEEH
                                                    United States District Judge